United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| OMAR DAVID SANCHEZ TABORDA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-401 |
| | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES *et al.* | § | |

**ORDER**

Before the Court is Petitioner's Emergency Motion for Immediate Release Based on Serious and Potentially Life-Threatening Medical Condition (Dkt. No. 18). In his motion, Petitioner alleges that he faces a potential cancer diagnosis in his leg (Dkt. No. 18 at 1). Pending the results of a biopsy, doctors may amputate it (Dkt. No. 18 at 2). Petitioner requests that the Court release him, require Respondents to release him on bond, or order an "immediate evaluation and treatment by an appropriate outside specialist" (Dkt. No. 18 at 4).

Respondents are **ORDERED** to respond to Petitioner's Motion (Dkt. No. 18) no later than **October 27, 2026**. The response must provide an update on Petitioner's medical condition and the treatment he is receiving. If Petitioner wishes to reply, he may do so by **November 3, 2026**.

It is so **ORDERED**.

**SIGNED** October 20, 2026.

Marina Garcia Marmolejo
United States District Judge